AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FRIENDS OF THE EVERGLADES, INC, et al,  )
               v.  ) Case No.: 02-80309-CIV-ALTONAGA
SOUTH FLORIDA WATER MANAGEMENT  )
DISTRICT, et al,  )

## BILL OF COSTS

Judgment having been entered in the above entitled action on **12/2/2010** against **Friends of the Everglades**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .. 11th Circuit Court of Appeals | $455.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $26,213.68 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | $541.80 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| **TOTAL** | **$27,210.48** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service     ☒ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: *[signature]*

Name of Attorney: **James E. Nutt**

For: **South Florida Water Management District**   Date: **1/3/2011**
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court     Deputy Clerk     Date

Bill of Costs

Friends of the Everglades, et al

vs.

South Florida Water Mangement District, et al

Case 02-80309-CIV-ALTONAGA/Turnoff

## SERVICE LIST

Andrew J. Doyle
U.S. Department of Justice, Environment & Natural Resources Division
General Litigation, 3rd Floor
601 D Street, N.W.
Washington, DC 20004

David Guest
Monica K. Reimer
Earthjustice
111 S Martin Luther King Jr. Blvd.
Tallahassee, FL 32317

Rick J. Burgess
Gunster, Yoakley & Stewart
450 East Las Olas Blvd
Suite 1400
Fort Lauderdale, FL 33304

Sonia Escobio O'Donnell
Jorden Burt
777 Brickell Avenue #500
Miami, FL 33131

John Childe, Esq
606 Pine Rd
Palmyra, PA  17078

COPY

**South Florida Water Management District**
P.O. Box 24682 * West Palm Beach, Fl. 33416-4682

CHECK NO. **3022000**

| PAYMENT VOUCHER | VENDOR INVOICE NO. | VOUCHER DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1900017349 | 02-80309-CIV | 07-16-07 | s234 11th circuit appeal | 455.00 |
| | | | TOTAL | 455.00 |

SRC 011 (REV 12/98)

PLEASE DETACH AND RETAIN THIS STATEMENT BEFORE DEPOSITING THE CHECK



Attachment 1

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

South Florida Water Management District, et al.
_____
Appellant

vs.

Friends of the Everglades, et al.
_____
Appellee

Appeal No. 07-13829-H

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
MAY 12 2010
JOHN LEY
CLERK

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | X | | 91 | 19 (9) | 1729 | 259.35 | 122.85 |
| Record Excerpts | X | | 345 | 18 (7) | 6210 | 931.50 | 362.25 |
| Appellee's Brief | | | | | | | |
| Reply Brief | X | | 42 | 19 (9) | 798 | 119.70 | 56.70 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 1310.55 REQUESTED | $ 541.80 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: 5/11/10
Attorney for: Carol Wehle as Executive Director
(Type or print name of client)

Signature: /s/ Nutt
Attorney Name: James E. Nutt
(Type or print your name)

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$541.80** against **Appellee**
and are payable directly to **Appellant**

Issued on: DEC 0 2 2010

Thomas K. Kahn, Clerk
By: /s/ Tara A. Patterson
Deputy Clerk

MISC-12
(12/07)

Attachment 2

## Monies Paid to

## Barbara Medina – Court Reporter

| Date | Amount |
|---|---|
| 9/19/2005 | $102.92 |
| 9/22/2005 | $146.91 |
| 10/11/2005 | $45.65 |
| 1/5/2006 | $14,000.00 |
| 2/2/2006 | $6,207.82 |
| 3/1/2006 | $2,211.06 |
| 3/9/2006 | $827.64 |
| 4/18/2006 | $755.04 |
| 4/26/2006 | $1,021.24 |
| 5/9/2006 | $895.40 |
| **TOTAL** | **$26,213.68** |

Attachment 3