UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80309-CIV-ALTONAGA/Brown

**FRIENDS OF THE
EVERGLADES, INC.**, *et al.*,

    Plaintiffs,
vs.

**SOUTH FLORIDA WATER
MANAGEMENT DISTRICT**,
*et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court on the Bill of Costs [ECF No. 767], filed by Defendant, South Florida Water Management District on January 3, 2011. The Bill of Costs has been uploaded incorrectly as a Motion. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall **TERMINATE** the "Motion" **[ECF No. 767]**.

2. If Defendant wishes to move for costs, then it must file a motion in accordance with Local Rules 7.1(a)(3) and 7.3 of the U.S. District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2011.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record